JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ESTRADA, JR, | Case No. CV 15-3170 CJC (FFM) |
| Petitioner, | |
| v. | JUDGMENT |
| KIM HOLLAND, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: May 4, 2015

_____
CORMAC J. CARNEY
United States District Judge